UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alliance Companies LLC, Alliance Partnership Services LLC, Alliance Credit Services LLC, Alliance Financial Services LLC, Alliance Affinity Services LLC, and Alliance Marketing Services LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Alliance Data Systems Corporation<br><br>　　　　　Defendant. | Civil Action No.<br><br>05 10781 NMG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to District of Massachusetts Local Rule 7.3(A), Plaintiffs by their undersigned counsel, states as follows:

**ALLIANCE COMPANIES LLC**

<u>Parent Corporation</u>: None.

<u>Publicly-Held Companies Owning More Than 10% Of Corporation</u>: None.

**ALLIANCE PARTNERSHIP SERVICES LLC**

<u>Parent Corporation</u>: Alliance Companies LLC

<u>Publicly-Held Companies Owning More Than 10% Of Corporation</u>: None.

**ALLIANCE CREDIT SERVICES LLC**

<u>Parent Corporation</u>: Alliance Companies LLC

<u>Publicly-Held Companies Owning More Than 10% Of Corporation</u>: None.

**ALLIANCE FINANCIAL SERVICES LLC**

Parent Corporation: Alliance Companies LLC

Publicly-Held Companies Owning More Than 10% Of Corporation: None.

**ALLIANCE AFFINITY SERVICES LLC**

Parent Corporation: Alliance Companies LLC

Publicly-Held Companies Owning More Than 10% Of Corporation: None.

**ALLIANCE MARKETING SERVICES LLC**

Parent Corporation: Alliance Companies LLC

Publicly-Held Companies Owning More Than 10% Of Corporation: None.

        Respectfully submitted,

        ALLIANCE COMPANIES LLC, ALLIANCE PARTNERSHIP SERVICES LLC, ALLIANCE CREDIT SERVICES LLC, ALLIANCE FINANCIAL SERVICES LLC, ALLIANCE AFFINITY SERVICES LLC, AND ALLIANCE MARKETING SERVICES LLC,

        By their attorneys,

        _/s/_____
        R. David Hosp (BBO # 634091)
        Sheryl A. Koval (BBO # 657795)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, Massachusetts 02109-2881
        Phone (617) 570-1000
        Facsimile (617) 523-1231

Dated: April 19, 2005

LIBA/1531022.1