UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alliance Companies LLC, Alliance Partnership Services LLC, Alliance Credit Services LLC, Alliance Financial Services LLC, Alliance Affinity Services LLC, and Alliance Marketing Services LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>Alliance Data Systems Corporation<br><br>       Defendant. | Civil Action No. 05-10781-NMG |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Alliance Companies LLC, Alliance Partnership Services LLC, Alliance Credit Services LLC, Alliance Financial Services LLC, Alliance Affinity Services LLC, and Alliance Marketing Services LLC hereby dismiss the above-captioned action without prejudice, the Complaint having never been served.

- 2 -

Dated: December 12, 2005                    Respectfully submitted,

                                             ALLIANCE COMPANIES LLC, ALLIANCE PARTNERSHIP SERVICES LLC, ALLIANCE CREDIT SERVICES LLC, ALLIANCE FINANCIAL SERVICES LLC, ALLIANCE AFFINITY SERVICES LLC, AND ALLIANCE MARKETING SERVICES LLC,

By their attorneys,

  /s/ R. David Hosp_____
R. David Hosp (BBO # 634091)
Sheryl A. Koval (BBO # 657795)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Phone (617) 570-1000
Facsimile (617) 523-1231

LIBA/1654237.1