UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alliance Companies LLC, Alliance Partnership Services LLC, Alliance Credit Services LLC, Alliance Financial Services LLC, Alliance Affinity Services LLC, and Alliance Marketing Services LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>Alliance Data Systems Corporation<br><br>   Defendant. | Civil Action No. 05-10781-NMG |

**REVISED NOTICE OF VOLUNTARY DISMISSAL**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Alliance Companies LLC, Alliance Partnership Services LLC, Alliance Credit Services LLC, Alliance Financial Services LLC, Alliance Affinity Services LLC, and Alliance Marketing Services LLC hereby dismiss the above-captioned action with prejudice, the Complaint having never been served.

- 2 -

Dated: July 26, 2006                    Respectfully submitted,

ALLIANCE COMPANIES LLC,
ALLIANCE PARTNERSHIP SERVICES
LLC, ALLIANCE CREDIT SERVICES
LLC, ALLIANCE FINANCIAL SERVICES
LLC, ALLIANCE AFFINITY SERVICES
LLC, AND ALLIANCE MARKETING
SERVICES LLC,


By their attorneys,


   /s/ R. David Hosp_____
R. David Hosp (BBO # 634091)
Sheryl A. Koval (BBO # 657795)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Phone (617) 570-1000
Facsimile (617) 523-1231

LIBA/1654237.1